# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SEDRIC JOHNSON JR.

NO. 2026 KW 0449

**JUNE 1, 2026**

---

In Re:     Sedric Johnson Jr., applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-25-03613.

---

**BEFORE:     THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

                        **MRT**
                        **KEB**
                        **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.